1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOM RATNER-STAUBER<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation; LOS ANGELES POLICE DEPARTMENT.<br><br>　　　　Defendants. | Case No: 2:24-cv-07043-JLS-SSCx<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH LOCAL RULES** |

On October 21, 2024, instead of filing a single motion to dismiss prior to filing a responsive pleading, Defendants City of Los Angeles and Los Angeles Police Department filed two motions to dismiss under Rule 12: one under Rule 12(b)(1) and another under Rule 12(b)(6). The two motions combined well exceed the word limitations established by Local Rule 11-6.1 and this Court's Standing Order. It appears to the Court that, instead of showing good cause to exceed the page limitations for a motion and seeking an order permitting an overlength brief, Defendants simply attempted an end run around the page limitations. Defendants are ordered to show cause as to why they should not be sanctioned, or their second motion stricken, for failure to comply with the Local Rules. The Court will consider a single re-filed motion within the page limits dictated by Local Rule 11-6.1, submitted no later than s**even (7) days** of this Order's issuance, to be an acceptable response to this Order.

DATED: October 24, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE